HANS TRIEST et al., Respondents, *v.* GEORGE VASSAR, JR., et al., Appellants.

*Triest* v. *Vassar*, 107 App. Div. 624, affirmed.
(Argued October 17, 1906; decided November 13, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered September 6, 1905, affirming a judgment in favor of plaintiffs entered upon a verdict and an order denying a motion for a new trial in an action to recover for an alleged breach of contract.

*Theodore Hansen* for appellants.

*Arthur A. Mitchell* and *Joseph J. Baker* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, WILLARD BARTLETT and HISCOCK, JJ. Absent: GRAY, J.

---

JOSEPH BIER et al., Respondents, *v.* WINFIELD S. BASH, Appellant.

*Bier* v. *Bash*, 107 App. Div. 429, affirmed.
(Submitted October 17, 1906; decided November 13, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered October 10, 1905, affirming a judgment in favor of plaintiffs entered upon a verdict and an order denying a motion for a new trial in an action to recover for breach of contract.

*James A. Deering* and *Clarence L. Barber* for appellant.

*Jacob B. Engel* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, WILLARD BARTLETT and HISCOCK, JJ. Absent: GRAY, J.